STATE OF NEW JERSEY v. JAMES BAINES.

April 4, 1977. Petition for certification denied.

JOHN NERO v. WILLIAM F. HYLAND.

April 5, 1977. Petition for certification granted. (See 146 *N. J. Super.* 46)

STATE OF NEW JERSEY v. JAMES R. SNYDER.

April 5, 1977. Petition for certification denied.

PATRICIA HINFEY v.
MATAWAN REGIONAL BOARD OF EDUCATION.

April 5, 1977. Petition for certification granted. (See 147 *N. J. Super.* 201)

STATE OF NEW JERSEY v. THOMAS NAPRIAVNIK.

April 5, 1977. Petition for certification denied. (See 147 *N. J. Super.* 36)

IN THE MATTER OF THE ESTATE OF
ANNA SIDOR, DECEASED.

April 5, 1977. Petition for certification denied.